IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MAH MACHINE COMPANY and<br>ANNA HOZJAN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED OF OMAHA LIFE<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  No. 18 CV 02559<br>)<br>)  Judge John J. Tharp, Jr.<br>)<br>)<br>)<br>) |

## JUDGMENT ORDER

This action having been decided by Judge John J. Tharp, Jr., on a motion to dismiss, it is hereby ORDERED:

Judgment is hereby entered in favor of defendant United of Omaha Life Insurance Company and against plaintiffs MAH Machine Company and Anna Hozjan. Defendant shall recover costs.

Dated: September 14, 2018

                                                                John J. Tharp, Jr.
                                                                United States District Judge